ADA CONNORS, Respondent, v. THE LONG BRANCH PARK TOBOGGAN COMPANY OF SYRACUSE, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.